UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Raymond A. Parson, | Civil No. 12-646 (DWF/DJF) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Lori Swanson, et al., | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Dulce J. Foster dated November 21, 2022 (Doc. No. 22). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. No objections have been filed to Magistrate Judge Foster's Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge and upon all the files, records, and proceedings herein, the Court now enters the following:

ORDER

1. Magistrate Judge Dulce J. Foster's November 21, 2022, Report and Recommendation (Doc. No. [22]) is **ADOPTED**.

2. Plaintiff's motion for a temporary restraining order and preliminary injunction (Doc. No. [4]) is **DENIED**.

Dated: January 10, 2023

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge