UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Raymond A. Parson, | Case No. 12-cv-0646 (DWF/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Lori Swanson, et al., | |
| Defendants. | |

---

On November 21, 2022, the Court ordered Plaintiff Raymond A. Parson to file a second amended complaint on or before January 13, 2023, failing which the Court would recommend that this matter be dismissed without prejudice ("November Order") (ECF No. 23). The Court simultaneously referred Mr. Parson to the Federal Bar Association Pro Se Project for possible representation. (*Id*.) On December 29, 2022, Mr. Parson submitted to the Court an ex parte letter describing his attempts to obtain legal representation ("Letter") (ECF No. 25). In light of Mr. Parson's Letter, the Court granted him an extension of time until March 14, 2023 to comply with its November Order and file a second amended complaint, failing which the Court would recommend that this matter be dismissed. (ECF No. 26.)

On March 10, 2023, Mr. Parson again submitted to the Court an ex parte letter requesting additional time to file his second amended complaint ("Second Letter"). He explained difficulty obtaining representation and problems with his printer. In light of his Second Letter, the Court will grant Mr. Parson one final extension to file his second amended complaint. However, it does not appear that Mr. Parson will be able to obtain counsel and this case cannot be delayed indefinitely. Whether or not Mr. Parson is able to obtain legal representation, he must file his

second amended complaint by April 14, 2023, failing which the Court may recommend that this matter be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). The Court cautions Mr. Parson that absent extraordinary circumstances, it is unlikely to grant any additional extensions.

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff Raymond A. Parson, Jr., must file a second amended complaint on or before **April 14, 2023**, failing which, the Court may recommend that this matter be dismissed without prejudice.

Dated: March 13, 2023

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge